UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HAR BAR,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>        Defendant. | Civil No. 3:17-CV-01292-SI<br><br><br>ORDER TO ENTER JUDGMENT |

Pursuant to the parties' stipulated motion to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, the Court hereby ORDERS that judgment be entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

IT IS SO ORDERED this   21st   day of   August   2024.

_____
UNITED STATES MAGISTRATE JUDGE